Form:defch13

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 25−52905−mlo
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Steven B. Streit
    192 Greenan Ln.
    Lake Orion, MI 48362

Social Security No.:
    xxx−xx−8958

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

- ☐ Bankruptcy Petition Preparers Notice, Declaration and Signature
- ☐ Credit Counseling Certificate
- ☐ Credit Counseling Certificate − Joint Debtor
- ☑ Chapter 13 Statement of Your Current Monthly Income Form 122C−1
- ☑ Chapter 13 Plan
- ☑ Declaration About an Individual Debtor(s) Schedules
- ☐ Declaration under Penalty of Perjury for Debtor(s) without an Attorney
- ☐ Initial Statement About an Eviction Judgment Against You
- ☐ Schedule A/B
- ☐ Schedule C − Debtor
- ☐ Schedule C − Joint Debtor
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Schedule J−2
- ☑ Schedule A−J
- ☑ Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P.2016(b)
- ☑ Statement of Financial Affairs
- ☑ Summary of Assets and Liabilities
- ☐ Tax ID

The missing document(s) must be filed on or before **1/5/26**.

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 12/22/25

BY THE COURT

Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Michigan

| | |
|---|---|
| In re: | Case No. 25-52905-mlo |
| Steven B. Streit | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0645-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 22, 2025 | Form ID: defch13 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Steven B. Streit, 192 Greenan Ln., Lake Orion, MI 48362-2176 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Melvin Babi | on behalf of Debtor Steven B. Streit babi.babilaw@gmail.com |

TOTAL: 1