# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

| | |
|---|---|
| Steven B. Streit | Bankruptcy No. 25-52905-mlo |
| | Honorable Maria L. Oxholm |
| Debtor. | Chapter 13 |
| _____/ | |

## OAKLAND COUNTY TREASURER'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN

**NOW COMES** the Creditor, Oakland County Treasurer, by and through its counsel, Kevin C. Calhoun, and for its objection to the confirmation of the proposed Chapter 13 plan states as follows:

1. Creditor is the governmental entity responsible for the collection of property taxes that are owed to Oakland County, Michigan and various other governmental units in the county.

2. Pursuant to Michigan law, the amounts assessed for county, village, or township taxes automatically become a lien on the property subject to the tax. This secured lien, combined with the interest and other charges, remains on the property until paid. *See* MICH. COMP. LAWS ANN. §§ 211.40, 211.59. In addition, Creditor's lien is superior to all other liens, claims, and encumbrances on the property without regard to the nature or date of the lien, claim or encumbrance.

3. The Debtor's proposed Chapter 13 Plan does not provide for any amount owed on Creditor's claim; the actual amount of Creditor's claim is $26,793.19 for the 2024 and 2025 Real Property Taxes owed on 192 Greenan Lane, Lake Orion, MI 48362-2176 it also does not include the one-time administrative fee for the 2025 taxes of 4.0% (pursuant to MICH. COMP. LAWS ANN. § 211.78(3) when those taxes are turned over to the Creditor on March 1, 2026 pursuant to applicable law.

4. The Debtor's proposed plan does not provide for the correct payment of any amount owed to Creditor on its secured tax lien. Therefore, Debtor's proposed Chapter 13 Plan is not in compliance with 11 U.S.C. §§ 506, 1322, and 1325(a)(5).

5. Creditor objects to the treatment of its first priority secured claim pursuant to Debtor's proposed Chapter 13 Plan. Creditor specifically requests that Debtors' plan provide for the payment, through the proposed plan, of the entire amount of its secured claim, being $26,793.19 the 2024 and 2025 real property taxes to be paid at 12% per annum plus the one-time administrative fee for the 2025 taxes of 4.0% (pursuant to MICH. COMP. LAWS ANN. § 211.78(3) when those taxes are turned over to the Creditor on March 1, 2018 pursuant to applicable law, and that Creditor retain its secured lien on the property pursuant to 11 U.S.C. § 1325(a)(5)(B)(i).

**WHEREFORE,** Creditor asks that this Court deny confirmation of Debtors' proposed Chapter 13 Plan.

Respectfully submitted,

*/s/ Kevin C. Calhoun*
Kevin C. Calhoun (P55592)
Calhoun &Di Ponio, PLC
Attorneys for the Oakland County Treasurer
29828 Telegraph Road
Southfield, MI 48034-1338
kevin@lawyermich.com
(248) 228-2200

Dated: January 28, 2026

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**IN RE:**

| | |
|---|---|
| Steven B. Streit | Bankruptcy No. 25-52905-mlo |
| | Honorable Maria L. Oxholm |
| Debtor. | Chapter 13 |
| _____/ | |

**PROOF OF SERVICE**

Kevin C. Calhoun certifies that on January 28, 2026 he filed the **Oakland County Treasurer's Objection to Confirmation of Debtors' Plan** in the above listed case and this **Proof of Service** electronically using the ECF filing system for the U.S. Bankruptcy Court for the Eastern District of Michigan causing the following individuals/entities to receive these pleadings electronically:

| | |
|---|---|
| Melvin Babi | Tammy L. Terry |
| Debtor's Attorney | Chapter 13 Trustee |

 

                         */s/ Kevin C. Calhoun*
                         Kevin C. Calhoun (P55592)
                         Calhoun & Di Ponio, PLC
                         Attorneys for the Oakland County Treasurer
                         29828 Telegraph Road
                         Southfield, MI 48034-1338
                         kevin@lawyermich.com
                         (248) 228-2200