UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:
    STEVEN B. STREIT                      Case No. 25-52905-mlo
                                                   Chapter 13
    Debtor.                              Hon. Maria L. Oxholm
_____/

**GENISYS CREDIT UNION'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY,
ENTRY OF ORDER WAIVING F.R.Bankr.P. 4001(a)(4),
AND REQUEST FOR COSTS AGAINST DEBTOR**

NOW COMES Creditor, GENISYS CREDIT UNION, by and through counsel, BUTLER ROWSE-OBERLE PLLC., and brings this Motion as follows:

1. On or about November 30, 2020, Debtor obtained a mortgage from Creditor for the real property commonly known as 192 GREENAN LN., LAKE ORION, MI 48362 ("real property") in the amount of $432,000.00.

2. Said mortgage was recorded in the office of the Register of Deeds for Oakland County, in the State of Michigan, on December 18, 2020.

3. According to the records of the Creditor, the Debtor has not been making payments pursuant to the Home Equity Line of Credit Agreement and is past due for August 31, 2024.

4. Due to the default in payments, Creditor commenced foreclosure proceedings on the real property and a mortgage foreclosure sale was held on July 1, 2025.

5. Creditor was the successful bidder at the mortgage foreclosure sale in the amount of $497,119.99.

6. Creditor is the owner of the real property pursuant to a Sheriff's Deed on Mortgage Sale recorded on July 8, 2025.

7. The mortgage foreclosure sale six month redemption period expired January 1, 2026.

8. The Debtor filed for relief pursuant to Chapter 13 of the Bankruptcy Code on December 19, 2025.

9. As the result of the mortgage foreclosure sale, Debtor's interest in the real property is limited to the right of redemption.

10. The proposed Plan treats the real property as Class 4.1 "Redemption Interest Only".

11. SHELBY STREIT, non-filing party ("Co-Debtor"), is listed on the recorded mortgage and may also have a right of redemption.

12. Pursuant to 11 U.S.C. §108(b)(2), Debtor's right of redemption was extended to February 17, 2026.

13. The amount owing to Creditor on the real property as of the date of the bankruptcy petition was approximately $519,211.69 plus accrued interest, costs and attorney fees.

14. Pursuant to the Debtor's Schedules, the fair market value of the real property is $509,000.00.

15. The filing of a bankruptcy effectuated an automatic stay of any and all collection proceedings against the Debtor and the Co-Debtor.

16. Pursuant to 11 U.S.C. §362(d)(1), upon request of a party in interest, the Court shall grant relief from the automatic stay for cause.

17. The Debtor's failure to remit payments resulting in foreclosure and his failure to redeem the real property has denied Creditor adequate protection and is cause, pursuant to 11 U.S.C. §362 (d)(1), to grant Creditor relief from the automatic stay.

18. Pursuant to 11 U.S.C. §1301(c)(3), the Court shall grant relief from the Co-Debtor stay if such creditor's interest would be irreparably harmed by the continuation of such stay.

19. The failure of Debtor to remit payments and redeem the real property is cause for relief from the Co-Debtor Stay.

20. Further, continuation of the Co-Debtor stay would prevent Creditor from pursuing its state law remedies.

21. Pursuant to E.D.Mich. L.B.R. 9014-1, Creditor attempted to obtain concurrence of Debtor's counsel in the relief sought in this motion and concurrence has not been obtained.

22. On February 3, 2026, Creditor's counsel emailed Debtor's counsel for Debtor's consent to stipulate to lift the stay effective upon the expiration of the redemption rights.

23. On February 5, 2026, Creditor's counsel spoke to Debtor's counsel and was advised that Debtor did not consent.

24. Debtor has acknowledged in his Plan and Schedules that his interest in the real property is limited to redemption.

25. Creditor offered to include in the stipulation that the lift of stay would not be effective until the expiration of the redemption rights.

26. Creditor requests this Court grant costs against Debtor in the total amount of $599.00 for having to bring the instant Motion due to the unreasonable withholding of consent.

WHEREFORE, Creditor respectfully requests that this Honorable Court enter an Order Granting Relief from the Automatic Stay and Co-Debtor Stay for good cause shown pursuant to 11 U.S.C. §362(d)(1) and 11 U.S.C. §1301(c)(3), that the Order is effective immediately upon entry by this Court notwithstanding the provisions of F.R.Bankr.P. 4001(a)(4), grant costs in favor of Creditor and against Debtor in the total amount of $599.00 for unnecessarily having brought the instant Motion and grant whatever other relief the court Deems reasonable under the circumstances.

BUTLER ROWSE-OBERLE PLLC

/s/ KAREN L. ROWSE-OBERLE
KAREN L. ROWSE-OBERLE (P41893)
JAMES A. GRAHAM (P60632)
SARAH VORGITCH (P69878)
KELLY L. SCOLA (P47219)
Attorney for Creditor
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
krowse-oberle@brolawpllc.com

Dated: February 6, 2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

    STEVEN B. STREIT                    Case No. 25-52905-mlo
                                                                 Chapter 13
    Debtor.                            Hon. Maria L. Oxholm
_____/

# ORDER GRANTING GENISYS CREDIT UNION
## RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY, ENTRY OF ORDER WAIVING F.R.Bankr.P. 4001(a)(4), AND COSTS AGAINST DEBTOR

Creditor, GENISYS CREDIT UNION, submitted a Motion for Relief from the Automatic Stay and Co-Debtor Stay, Entry of Order Waiving 4001(a)(4), and Request for Costs Against Debtor pursuant to E.D.Mich. L.B.R. 9014-1. No response has been timely served and a certification so stating has been filed. The Court being fully advised in the premises enters this Order.

IT IS HEREBY ORDERED that the automatic stay and Co-Debtor stay currently in effect as to GENISYS CREDIT UNION relative to its security interest in the real property commonly known as 192 GREENAN LN., LAKE ORION, MI 48362 is hereby lifted allowing Creditor to pursue its State law remedies.

IT IS FURTHER ORDERED that the Creditor shall turn over any funds received from the sale of said real property which exceed the balance, plus interest, costs of sale and attorney fees, to the Trustee appointed to the estate. In addition, the Creditor may file a Proof of Claim for any remaining balance to be paid pursuant to the terms of the confirmed Chapter 13 plan.

IT IS FURTHER ORDERED that this Order is effective immediately upon entry by this Court notwithstanding the provision of Fed.R.Bankr.P. 4001(a)(4). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the United States Bankruptcy Code.

IT IS FURTHER ORDERED that Creditor is awarded costs in the total amount of $599.00. Debtor shall remit these funds directly to Creditor within 14 days of entry of this Order.

Exhibit 1

Revised 12/1/16

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:

    STEVEN B. STREIT                        Case No. 25-52905-mlo
                                                    Chapter 13
    Debtor.                                  Hon. Maria L. Oxholm
_____/

## **NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

    Creditor, GENISYS CREDIT UNION, has filed papers with the Court requesting relief from the automatic stay and Co-Debtor stay, Entry of Order Waiving F.R.Bankr.P. 4001(a)(4), and Request for Costs Against Debtor regarding the real property commonly known as 192 GREENAN LN., LAKE ORION, MI 48362 and non-filing Co-Debtor SHELBY STREIT.

    ***YOUR RIGHTS MAY BE AFFECTED.*** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the motion, within **fourteen (14) DAYS**, you or your attorney must:

    1. File with the Court a written response or answer explaining your position at: [1]

U.S. Bankruptcy Court
211 West Fort Street
Detroit, MI 48226

    If you mail your response to the Court for filing, you must mail it early enough so the Court will **RECEIVE** it on or before the date stated above. All attorneys are required to file electronically.

You must also send a copy to:
BUTLER ROWSE-OBERLE PLLC.
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

BUTLER ROWSE-OBERLE PLLC

/S/ KAREN L. ROWSE-OBERLE
KAREN L. ROWSE-OBERLE (P41893)
JAMES A. GRAHAM (P60632)
SARAH VORGITCH (P69878)
KELLY L. SCOLA (P47219)
Attorney for Creditor
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
krowse-oberle@brolawpllc.com

Dated: February 6, 2026

[1]Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

Exhibit 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:
    STEVEN B. STREIT                        Case No. 25-52905-mlo
                                                     Chapter 13
    Debtor.                                    Hon. Maria L. Oxholm
_____/

## MEMORANDUM IN SUPPORT OF
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## AND CO-DEBTOR STAY,
## ENTRY OF ORDER WAIVING F.R.Bankr.P. 4001(a)(4),
## AND REQUEST FOR COSTS AGAINST DEBTOR

Creditor, GENISYS CREDIT UNION, bases its Motion for Relief from the Automatic Stay and Co-Debtor Stay, Entry of Order Waiving 4001(a)(4), and Request for Costs Against Debtor on the Debtor's failure to remit payments on a mortgage secured by the real property commonly known as 192 GREENAN LN., LAKE ORION, MI 48362 pursuant to the agreement between the parties. Creditor relies upon 11 U.S.C. §362(d)(1) and 11 U.S.C. §1301(c)(3) and states that the Debtor's failure to remit payments resulting in foreclosure and failure to redeem the property has denied Creditor adequate protection and is cause for relief from the automatic stay and Co-Debtor stay.

Further, Creditor attempted to obtain consent to lift stay pursuant to the right of redemption. Debtor unreasonably withheld consent to the stipulation, necessitating the instant Motion to have been filed.

BUTLER ROWSE-OBERLE PLLC

/s/ KAREN L. ROWSE-OBERLE
KAREN L. ROWSE-OBERLE (P41893)
JAMES A. GRAHAM (P60632)
SARAH VORGITCH (P69878)
KELLY L. SCOLA (P47219)
Attorney for Creditor
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
krowse-oberle@brolawpllc.com

Dated: February 6, 2026

Exhibit 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

    STEVEN B. STREIT                               Case No. 25-52905-mlo
                                                        Chapter 13
    Debtor.                                        Hon. Maria L. Oxholm
_____/

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2026, I electronically filed the Motion for Relief from the Automatic Stay and Co-Debtor Stay, Entry of Order Waiving F.R.Bankr.P. 4001(a)(4), and Request for Costs Against Debtor with Notice of Opportunity to Object foregoing Paper(s) with Clerk of the Court using the ECF system which will send notification of such filing to the following:

- **Melvin Babi, Attorney for Debtor(s)**
- **Tammy L. Terry, Chapter 13 Trustee**

and I hereby certify that on February 6, 2026, I have mailed by United States Postal Service the Motion for Relief from the Automatic Stay and Co-Debtor Stay, Entry of Order Waiving F.R.Bankr.P. 4001(a)(4), and Request for Costs Against Debtor with Notice of Opportunity to Object foregoing Paper(s) to the Non-ECF Participants:

- **Steven B. Streit, 192 Greenan Ln., Lake Orion, MI 48362**
- **Shelby Streit, 192 Greenan Ln., Lake Orion, MI 48362**

BUTLER ROWSE-OBERLE PLLC

　/s/ Bridgette Dockery
Legal Assistant
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
bridgette@brolawpllc.com


Exhibit 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

    STEVEN B. STREIT                           Case No. 25-52905-mlo
                                                     Chapter 13
    Debtor.                                       Hon. Maria L. Oxholm
_____/

## **AFFIDAVIT**

NOT APPLICABLE

Exhibit 5