UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:              CHAPTER 13
                               CASE NO: 25-52905
STEVEN B STREIT, Debtor /      JUDGE: MARIA L. OXHOLM

## ORDER DISMISSING CASE DUE TO DEBTOR'S
## FAILURE TO ATTEND §341 FIRST MEETING OF CREDITORS

This matter came on for hearing upon a motion filed by the Chapter 13 Standing Trustee pursuant to 11 U.S.C. §1307(c) and E.D. Mich. LBR 2003-1(a), a Notice and Opportunity for Hearing having been provided, and the records of the Court reflecting that the relief requested herein is warranted, the facts showing that the debtor failed to appear at the §341 First Meeting of Creditors properly noticed for «FirstMeetingDate»; and the Court being otherwise sufficiently advised in the premises; and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the above captioned matter is dismissed due to debtor's failure to attend the duly schedule § 341 First Meeting of Creditors;

**IT IS FURTHER ORDERED** that the clerk's office shall immediately provide notice of the entry of this Order to all creditors listed in this case, the debtor(s), debtor's(s') attorney, if any, and the Trustee;

**IT IS FURTHER ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U.S.C. § 362 and 1301 are hereby terminated;

**IT IS FURTHER ORDERED** that TAMMY L. TERRY, TRUSTEE, is discharged as Trustee and the Trustee and her surety are released from any and all liability on account of the within proceeding;

**Signed on February 23, 2026**

/s/ **Maria L. Oxholm**
**Maria L. Oxholm**
**United States Bankruptcy Judge**