Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **25−52905−mlo**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
  Steven B. Streit
  192 Greenan Ln.
  Lake Orion, MI 48362

Social Security No.:
  xxx−xx−8958

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Case Due To Debtor's Failure To Attend §341 First Meeting Of Creditors,** was entered on **2/23/26** . Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 2/23/26

BY THE COURT

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT